Eric H. Schweitzer #179776
Sawl & Netzer
2150 Tulare Street
Fresno, CA 93721
(559) 266-9800

Attorney for Defendant

FILED

2005 JUN 21 A 8:00

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF

BY_____
          DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR-5395-003 |
| Plaintiff, ) | ORDER ALLOWING RETURN OF CERTAIN NON-CONTRABAND PERSONAL PROPERTY |
| vs. ) | |
| J. FELIX FIGUEROA-VALENCIA, ) | |
| Defendant ) | |

The matter having come regularly on calendar and having heard no reason why it should not be so recognized, it is the finding of this Court that certain items of jewelry and gold coin(s) seized by government agents incident to the instant matter are not the fruits of any of the Defendant's former criminal endeavors but are in fact family heirlooms. Therefore, it is the Order of this Court that the agency or agencies which may have non-contraband property in their possession that belongs to the Defendant may now return said property to the Defendant or to his designated agent.

Dated this 20th day of June, 2005

Hon. Oliver W. Wanger

PROPERTY RETURN ORDER - 1

Sawl & Netzer
2150 Tulare Street
Fresno, CA 93721
(559) 266-9800