| | |
|---|---|
| Eric H. Schweitzer #179776<br>Sawl & Netzer<br>2150 Tulare Street<br>Fresno, CA 93721<br>(559) 266-9800<br><br>Attorney for Defendant | FILED<br><br>2005 JUN 21  A 8: 00<br><br>CLERK, US DIST. COURT<br>EASTERN DIST. OF CALIF<br><br>BY_____<br>   DEPUTY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>J. FELIX FIGUEROA-VALENCIA,<br><br>　　　　Defendant | )  Case No.: CR-5395-003<br>)<br>)  ORDER ALLOWING RETURN OF<br>)  CERTAIN NON-CONTRABAND<br>)  PERSONAL PROPERTY<br>)<br>)<br>)<br>)<br>) |

The matter having come regularly on calendar and having heard no reason why it should not be so recognized, it is the finding of this Court that certain items of jewelry and gold coin(s) seized by government agents incident to the instant matter are not the fruits of any of the Defendant's former criminal endeavors but are in fact family heirlooms. Therefore, it is the Order of this Court that the agency or agencies which may have non-contraband property in their possession that belongs to the Defendant may now return said property to the Defendant or to his designated agent.

Dated this 20th day of June, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Oliver W. Wanger

PROPERTY RETURN ORDER - 1

　　　　　　　　　　　　　　　　　　　　　　　　　Sawl & Netzer
　　　　　　　　　　　　　　　　　　　　　　　　　2150 Tulare Street
　　　　　　　　　　　　　　　　　　　　　　　　　Fresno, CA 93721
　　　　　　　　　　　　　　　　　　　　　　　　　(559) 266-9800